[This opinion has been published in *Ohio Official Reports* at 82 Ohio St. 393.]

CLEVELAND POLICE PATROLMEN'S ASSOCIATION, APPELLANT, *v.* CITY OF CLEVELAND, APPELLEE.

[Cite as *Cleveland Police Patrolmen's Assn. v. Cleveland*, 1998-Ohio-223.]

*Arbitration—Court's vacation of arbitration award with remand of the grievance to American Arbitration Association is not a final appealable order.*

(No. 97-1615—Submitted May 27, 1998—Decided July 29, 1998.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 71201.

————————————

*Marshall & D'Angelo* and *Patrick A. D'Angelo*, for appellant.

*Sylvester Summers, Jr.*, Director of Law, and *Claudette Walcott*, Assistant Director of Law, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Stewart v. Midwestern Indemn. Co.* (1989), 45 Ohio St.3d 124, 543 N.E.2d 1200.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————